**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FILED**

**DECEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiffs:** Chicago Regional Council of Carpenters Pension Fund, et al.

County of Residence:

Plaintiffs' Atty: Kevin P. McJessy
McJessy, Ching & Thompson, LLC
3759 N. Ravenswood, Ste. 231
Chicago, IL  60613
(773) 880-1260

**Defendant:** A.M. Mechanical, Inc.

County of Residence:

Defendant's Atty:

**07 C 7138**

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE DENLOW**

II.  Basis of Jurisdiction:          **3.  Federal Question (U.S. not a party)**

III.  Citizenship of Principal
Parties **(Diversity Cases Only)**
                              Plaintiff:  **N/A**
                              Defendant:  **N/A**

IV.  Origin:                  **1.  Original Proceeding**

V.  Nature of Suit:           **791 E.R.I.S.A.**

VI.  Cause of Action:         **29 U.S.C. §§ 1132 and 185, breach of collective bargaining agreement and trust agreements**

VII. Requested in Complaint
          Class Action:  **No**
          Dollar Demand:  **Monetary and equitable relief, interest and fees**
          Jury Demand:  **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**  s/ Kevin P. McJessy

Date:  December 19, 2007

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**