**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

KC
**FILED**
**DECEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

Chicago Regional Council of Carpenters Pension Fund et al.
v. A.M. Mechanical, Inc.

**07 C 7138**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
| --- |
| Kevin P. McJessy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kevin P. McJessy |
| FIRM |
| McJessy Ching & Thompson, LLC |
| STREET ADDRESS |
| 3759 N. Ravenswood, Suite 231 |
| CITY/STATE/ZIP |
| Chicago, IL  60613 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6229825 | (773) 880-1260 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |