UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF           )
CARPENTERS PENSION FUND, et al.       )
                                      )    Case No. 07 C 7138
                    Plaintiffs,       )
        v.                            )    Judge Andersen
                                      )
A.M. MECHANICAL, INC.,                )    Magistrate Denlow
                                      )
                    Defendant.        )

**NOTICE OF MOTION**

To:

A. M. Mechanical, Inc.                    Carole Miller, President
c/o Mailu Halm, Registered Agent          A. M. Mechanical, Inc.
2 McCord Trace                            3000 S. Lloyd Ave., Suite 3
Palos Park, IL  60464                     Chicago, IL  60608


        PLEASE TAKE NOTICE that on June 12, 2008 at 9:00 a.m., or as soon thereafter as
counsel may be heard, we shall appear before the Honorable Judge Andersen or any other judge
sitting in his stead in Room 1403 of the Dirksen Federal Building, 219 South Dearborn, Chicago,
Illinois, and shall then and there present **Plaintiffs' Motion For Default Judgment,** a copy of
which is hereby attached and served upon you.


                        CHICAGO REGIONAL COUNCIL OF CARPENTERS
                        PENSION FUND et al.


                        By:   s/ Kevin P. McJessy
                              One of their attorneys


Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Notice of Motion** to be served upon

| | |
|---|---|
| A. M. Mechanical, Inc. | Carole Miller, President |
| c/o Mailu Halm, Registered Agent | A. M. Mechanical, Inc. |
| 2 McCord Trace | 3000 S. Lloyd Ave., Suite 3 |
| Palos Park, IL  60464 | Chicago IL  60608 |

via U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository on June 3, 2008.

       s/ Kevin P. McJessy
       Kevin P. McJessy