Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 7138 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters Pension Fund et al vs. A.M. Mechanical, Inc. | | |

**DOCKET ENTRY TEXT**

Enter order. Judgment of default is entered in favor of the Chicago Regional Council of Carpenters Pension Fund et al and against defendant A.M. Mechanical, Inc..

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG -4  AM 8:31
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA