

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| | ) | Case No. 07 C 7138 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Andersen |
| A.M. MECHANICAL, INC., | ) ) | Magistrate Denlow |
| Defendant. | ) ) | |

### ORDER

Pursuant to Federal Rule of Civil Procedure 55, a judgment by default is hereby entered in favor of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and against defendant A.M. MECHANICAL, INC. ("Defendant"). Defendant is hereby ordered:

A. to provide the Trust Funds or their designated auditors, James Egan & Associates, Ltd., complete access to Defendant's books and records within twenty-one (21) days so that the Trust Funds may conduct an audit of Defendant/s fringe benefit contributions;

B. to pay any and all amounts the Trust Funds may discover to be due pursuant to the audit;

C. to pay auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

D. to pay interest on the amount that is due pursuant to 29 U.S.C. § 1132(g)(2)(B);

E. to pay interest or liquidated damages on the amount that is due pursuant to 29 U.S.C. § 1132(g)(2)(C), whichever is greater;

F. to pay reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D) and incurred by the Trust Funds to obtain full compliance with this Order and to collect any amounts owed to the Trust Funds; and

G. to award the Trust Funds such other and further relief as the Court deems just and equitable.

Plaintiffs shall serve a copy of this Order on Defendant.

July 31, 2008
Date

_____
Judge Andersen